IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEVIN CARTER, | * | |
| Petitioner, | * | |
| | | Civ. Action No. RDB-20-0176 |
| v. | * | Crim. Action No. RDB-18-0174 |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM ORDER**

Still pending before this Court is Petitioner's Consent Motion to Correct Sentence under 28 U.S.C. § 2255.  (ECF No. 60.)  By agreement of counsel, the Defendant Kevin Carter proceeded to a resentencing on this date pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure to an agreed reduced sentence of 96 months.  For the reasons set forth on the record on this date in Criminal Case No. RDB-18-0174, and that reduced sentence having been imposed, this Court now GRANTS the Consent Motion to Correct Sentence (ECF No. 60).  Accordingly, said Motion to Vacate is GRANTED, and the civil case, *Carter v. United States*, Civil No. RDB-20-0176, shall be CLOSED.

IT IS HEREBY SO ORDERED THIS 3RD DAY OF JUNE, 2020.

_____/s/_____

Richard D. Bennett
United States District Judge